UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELICA McCOMAS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV596 JCH |
| ) | (TCM) |
| MICHAEL J. ASTRUE[1], ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III, filed July 17, 2007. See 28 U.S.C. §636. In his report, Magistrate Judge Mummert recommends that the Court reverse the decision of the Commissioner, and remand this case for further proceedings. Neither party has filed objections to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will reverse and remand this matter to the Commissioner for further administrative proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 17) is adopted and incorporated herein.

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007, and is hereby substituted for Former Commissioner Jo Anne B. Barnhart, as proper party defendant in this cause.

**IT IS FURTHER ORDERED** that this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order.  A separate Order of Remand shall accompany this Order.

Dated this  2nd  day of August, 2007.

                                                                /s/ Jean C. Hamilton
                                                              UNITED STATES DISTRICT JUDGE