UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELICA MCCOMAS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV596 JCH |
| ) | |
| MICHAEL J. ASTRUE[1], ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), filed September 4, 2007. (Doc. No. 20). In her motion, Plaintiff requests an award of attorney fees in the amount of $1,786.95. Defendant does not object to Plaintiff's request. (Doc. No. 21).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act (Doc. No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay EAJA attorney fees in the amount of $1,786.95.

Dated this 14th day of September, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for Former Commissioner Jo Anne B. Barnhart, as proper party defendant in this cause.